## GENERAL MOTORS CORPORATION and A. C. Spark Plug Company v. MOTOR IMPROVEMENTS, Inc., and Ernest J. Sweetland.

### No. 8184.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1939.

Cooper, Kerr & Dunham, of New York City, for appellant.

Kenyon & Kenyon, of New York City, for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM

It appearing to the court that a stipulation to docket and dismiss the appeals in this cause has been filed, accompanied by certificate of the Clerk of the District Court as provided by Rule 18, on consideration whereof, it is ordered that the appeals be, and they are hereby, docketed and dismissed.

## HAROLD L. VALENTINE, Inc., Libellant-Appellant, v. The PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellee.

### No. 153.

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1939.

Purdy & Lamb, of New York City (Edmund F. Lamb and John E. Purdy, both of New York City, of counsel), for libellant-appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

## Burritt Fee HARRISON, Debtor-Appellant, v. EXECUTORS OF THE ESTATE OF G. W. TODD, Deceased, and Berea National Bank, Creditors-Appellees.

### No. 7720.

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1939.

E. Selby Wiggins, of Richmond, Ky., for appellant.

Jas. S. Lackey, of Richmond, Ky., D. Andrew Shearard, of Berea, Ky., and S. C. Roettinger, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

Because it fails to appear that there was reversible error in the order appealed from, entered on June 29, 1936, confirming the report of the special referee and dismissing the cause, it is therefore ordered and adjudged that this order be, and the same is, in all things affirmed.